JS-6

1
J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*

2
Annie S. Wang (SBN 243027)
*annie@coombspc.com*

3
J. Andrew Coombs, A Prof. Corp.
520 E. Wilson Ave., Suite 200

4
Glendale, California  91206
Telephone:  (818) 500-3200

5
Facsimile:   (818) 500-3201

6
Attorneys for Plaintiffs Warner Bros.
Home Entertainment Inc. and Disney Enterprises, Inc.

7

8
Joseph C. Maher II, Esq. (CSBN 164117)
*joe@jmaherlaw.com*

9
Law Office of Joseph C. Maher
4427 Firestone Blvd., #A

10
South Gate, California 90280
Telephone:  (310) 204-1910

11
Facsimile:   (213) 270-9497

12
Attorneys for Defendants
Franklyn Perez, Joseph Wojcik a/k/a Joe Wojcik

13

14
UNITED STATES DISTRICT COURT

15
CENTRAL DISTRICT OF CALIFORNIA

16

17
Warner Bros. Home Entertainment Inc.
and Disney Enterprises, Inc.,

Case No. CV16-1618 R (JEMx)

18
Plaintiffs,

CONSENT DECREE AND
PERMANENT  INJUNCTION

19
v.

20
Franklyn Perez, Joseph Wojcik a/k/a Joe
Wojcik; and Does 2 – 10, inclusive,

21
Defendants.

22

23
          The Court, having read and considered the Joint Stipulation for Entry of

24
Consent Decree and Permanent Injunction that has been executed by Plaintiffs Warner

25
Bros. Home Entertainment Inc. and Disney Enterprises, Inc. (collectively "Plaintiffs")

26
and Defendant Joseph Wojcik a/k/a Joe Wojcik a/k/a Franklyn Perez and callegenomic

27
("Defendant") in this action, and good cause appearing therefore, hereby:

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDERS that based on the Parties' Stipulation and only as to Defendant, his successors, heirs, and assignees, this Consent Decree and Permanent Injunction ("Injunction") shall be and is hereby entered in the within action as follows:

1)	This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)	One or other of the Plaintiffs, or one of their respective affiliates, own or control the copyrights or pertinent exclusive rights to distribute or license the distribution of home video and digital products, including video home cassettes as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television episodes subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiffs' Works").

3)	Plaintiffs have alleged that Defendant has made unauthorized uses of Plaintiffs' Works or substantially similar likenesses or colorable imitations thereof.

4)	Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiffs' Works, including, but not limited to, the following:

a)	Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of

1

Plaintiffs' Works;

2

b)     Enabling, facilitating, permitting, assisting, soliciting, encouraging,

3

abetting, or inducing any person or entity to copy, reproduce, download,

4

distribute, upload, link to, transmit, or publicly perform any unauthorized

5

versions of Plaintiffs' Works; or

6

c)     Profiting from the unauthorized copying, reproduction, downloading,

7

distribution, uploading, linking to, transmission, or public performance of

8

any of Plaintiffs' Works while declining to exercise a right to stop or limit

9

such unauthorized copying, reproduction, downloading, distribution,

10

uploading, linking to, transmission, or public performance of any of

11

Plaintiffs' Works.

12

5)     Plaintiffs are entitled to, and shall recover from Defendant, the maximum sum

13

of One Hundred Fifty Thousand Dollars ($150,000.00), pursuant to the terms of the

14

Parties' Release and Settlement Agreement dated and effective November 4, 2016.

15

6)     So long as Defendant strictly performs all of the terms and conditions contained

16

in the Parties' Release and Settlement Agreement dated and effective November 4,

17

2016, then Plaintiffs shall not seek to enforce the monetary portion of this Judgment

18

entered pursuant to the Parties' stipulation.

19

7)     Each side shall bear its own fees and costs of suit.

20

8)     Except as provided herein, all claims alleged in the Complaint are dismissed

21

without prejudice.

22

9)     This Injunction shall be deemed to have been served upon Defendant at the time

23

of its execution by the Court.

24

10)     The Court finds there is no just reason for delay in entering this Injunction and,

25

pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs

26

immediate entry of this Injunction against Defendant.

27

/ / /

28

1  11)    The Court shall retain jurisdiction over Defendant and of this action to entertain

2  such further proceedings and to enter such further orders as may be necessary or

3  appropriate to implement and enforce the provisions of this Injunction or of the

4  parties' Release and Settlement Agreement dated and effective November 4, 2016.

5  DATED:  November 21, 2016

6

7

8  _____

9  Hon. Manuel L. Real
   United States District Judge

10 PRESENTED BY:

11 J. Andrew Coombs, A Prof. Corp.

12 By: _____
         J. Andrew Coombs
13       Annie S. Wang
   Attorneys for Plaintiffs Warner Bros. Home
14 Entertainment Inc. and Disney Enterprises, Inc.

15

16 Law Office of Joseph C. Maher

17 By: _____
         Joseph C. Maher II
18 Attorney for Defendant Joseph Wojcik a/k/a Joe Wojcik
   d/b/a Franklyn Perez and callegenomic
19

20

21

22

23

24

25

26

27

28

WBHEI, et al. v. Perez: [Proposed] Consent Decree                    - 4 -

**EXHIBIT A**

**COPYRIGHT REGISTRATIONS**

| Copyright Registration Number: | Title of Work: | Rights Owner: |
|---|---|---|
| | Big Bang Theory:    Season 8 | |
| PA0001926780 | Big Bang Theory: The Locomotion Interruption | WBEI |
| PA0001928680 | Big Bang Theory: The Junior Professor Solution | WBEI |
| PA0001929213 | Big Bang Theory: The First Pitch Insufficiency | WBEI |
| PA0001941975 | Big Bang Theory: The Hook-up Reverberation | WBEI |
| PA0001941176 | Big Bang Theory: The Focus Attenuation | WBEI |
| PA0001933449 | Big Bang Theory: The Expedition Approximation | WBEI |
| PA0001933447 | Big Bang Theory: The Misinterpretation Agitation | WBEI |
| PA0001934630 | Big Bang Theory: The Prom Equivalency | WBEI |
| PA0001934629 | Big Bang Theory: The Septum Deviation | WBEI |
| PA0001938377 | Big Bang Theory: The Champagne Reflection | WBEI |
| PA0001940026 | Big Bang Theory: The Clean Room Infiltration | WBEI |
| PA0001947625 | Big Bang Theory: The Space Probe Disintegration | WBEI |
| PA0001947628 | Big Bang Theory: The Anxiety Optimization | WBEI |
| PA0001947626 | Big Bang Theory: The Troll Manifestation | WBEI |
| PA0001955350 | Big Bang Theory: The Comic Book Store Regeneration | WBEI |
| PA0001952190 | Big Bang Theory: The Intimacy Acceleration | WBEI |
| PA0001960104 | Big Bang Theory: The Colonization Application | WBEI |
| PA0001955346 | Big Bang Theory: The Leftover Thermalization | WBEI |
| PA0001955347 | Big Bang Theory: The Skywalker Incursion | WBEI |
| PA0001955349 | Big Bang Theory: The Fortification Implementation | WBEI |
| PA0001955348 | Big Bang Theory: The Communication Deterioration | WBEI |
| PA0001958328 | Big Bang Theory: The Graduation Transmission | WBEI |
| PA0001958327 | Big Bang Theory: The Maternal Combustion | WBEI |
| PA0001958329 | Big Bang Theory: The Commitment Determination | WBEI |
| | Grey's Anatomy: Season 7 | |
| PA0001702497 | Grey's Anatomy: 701, WITH YOU I'M BORN AGAIN | DEI |
| PA0001698567 | GREY'S ANATOMY: 702, SHOCK TO THE SYSTEM. | DEI |
| PA0001702490 | GREY'S ANATOMY: 703, SUPERFREAK. | DEI |
| PA0001711938 | GREY'S ANATOMY: 704, CAN'T FIGHT BIOLOGY. | DEI |
| PA0001711939 | GREY'S ANATOMY: 705, ALMOST GROWN. | DEI |

| PA0001711942 | GREY'S ANATOMY: 706, THESE ARMS OF MINE. | DEI |
|---|---|---|
| PA0001712409 | GREY'S ANATOMY: 707, THAT'S ME TRYING. | DEI |
| PA0001712216 | GREY'S ANATOMY: 708, SOMETHING'S GOTTA GIVE. | DEI |
| PA0001712218 | GREY'S ANATOMY: 709, SLOW NIGHT, SO LONG. | DEI |
| PA0001720450 | GREY'S ANATOMY: 710, ADRIFT AND AT PEACE. | DEI |
| PA0001729231 | GREY'S ANATOMY: 711, DISARM. | DEI |
| PA0001729228 | GREY'S ANATOMY: 712, START ME UP. | DEI |
| PA0001729226 | GREY'S ANATOMY: 713, DON'T DECEIVE ME PLEASE DON'T GO. | DEI |
| PA0001726725 | GREY'S ANATOMY: 714, PYT PRETTY YOUNG THING. | DEI |
| PA0001726726 | GREY'S ANATOMY: 715, GOLDEN HOUR. | DEI |
| PA0001726728 | GREY'S ANATOMY: 716, NOT RESPONSIBLE. | DEI |
| PA0001726721 | GREY'S ANATOMY: 717, THIS IS HOW WE DO IT. | DEI |
| PA0001737610 | GREY'S ANATOMY: 718, SONG BENEATH THE SONG. | DEI |
| PA0001737589 | GREY'S ANATOMY: 719, IT'S A LONG WAY BACK. | DEI |
| PA0001737591 | GREY'S ANATOMY: 720, WHITE WEDDING. | DEI |
| PA0001737594 | GREY'S ANATOMY: 721, I WILL SURVIVE. | DEI |
| PA0001737585 | GREY'S ANATOMY: 722, UNACCOMPANIED MINOR. | DEI |